U.S. DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA L. GREEAR, individually and as Administrator of the Estate of THOMAS TROY LAWSON, deceased, ) ) ) ) | |
| Plaintiff, ) ) ) | Case No. 08-cv-4128 |
| v. ) ) | |
| BAXTER INTERNATIONAL, INC., a corporation, ) and BAXTER HEALTHCARE CORPORATION, ) a corporation, ) ) ) | Judge Buklo<br><br>Magistrate Judge Ashman |
| Defendants. ) | |

**NOTICE OF FILING**

To:   *All Counsel of Record*

**PLEASE TAKE NOTICE** that on the 31st day of July, 2008, there was filed with the U.S. District Court for the Northern District of Illinois, ***Plaintiff's Motion to Remand.***

By :   s/Donald J. Nolan

**Nolan Law Group**
20 North Clark 30th Floor
Chicago IL, 60602
(312) 630.4000
(312) 630.4011 fax

**CERTIFICATE OF SERVICE**

I, Corinne A. Brayman, state that I caused a true and correct copy of ***Plaintiff's Motion to Remand,*** to be served via CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 5:00 p.m. on the 31st day of July, 2008.

s/Corinne Brayman
Corinne A. Brayman
