**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-4128 |
|---|---|

Angela L. Greear, individually and as Administrator of the Estate of Thomas Troy Lawson, deceased, Plaintiff,

v.

Baxter International, Inc., a corporation, and Baxter Healthcare Corporation, a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angela L. Greear, individually and as Administrator of the Estate of Thomas Troy Lawson, deceased, Plaintiff

| NAME (Type or print) |
|---|
| Paul R. Borth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul R. Borth |
| FIRM |
| Nolan Law Group |
| STREET ADDRESS |
| 20 N. Clark Street, 30th Floor |
| CITY/STATE/ZIP |
| Chicago, IL., 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6226633 | 312-630-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐