UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA LAWSON GREEAR, as Special Administrator of the Estate of THOMAS TROY LAWSON, deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER INTERNATIONAL INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:08-cv-4128<br>)<br>)  Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED MOTION TO EXTEND TIME**

Plaintiff and Defendants Baxter Healthcare Corp. and Baxter International Inc., by and through their counsel of record, hereby stipulate and agree that the responsive pleading deadline for Defendants Baxter Healthcare Corp. and Baxter International Inc. should be extended and continued until 14 days after the initial case management conference. The parties respectfully request that this Court extend and continue Defendants' responsive deadline until 14 days after the initial case management conference is held in this case.

This the 5th day of August, 2008.

| | |
|---|---|
| /s/ Paul R. Borth | /s/ Leslie M. Smith, P.C. |
| Donald J. Nolan | Leslie M. Smith, P.C., Attorney No. 6196244 |
| Paul R. Borth | KIRKLAND & ELLIS LLP |
| Jennifer L. Parker | 200 East Randolph Drive |
| NOLAN LAW GROUP | Chicago, IL 60601-6636 |
| 20 North Clark Street, 30th Floor | Telephone: (312) 861-2000 |
| Chicago, IL 60602-4109 | Facsimile: (312) 861-2200 |
| Telephone: (312) 630-4000 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |