## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA LAWSON GREEAR, as Special Administrator of the Estate of THOMAS TROY LAWSON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:08-cv-4128<br>)<br>) Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

Plaintiff and Defendants Baxter Healthcare Corporation and Baxter International Inc. hereby give notice of their Agreed Motion to Extend Time. The parties shall appear before Judge Elaine Bucklo in Courtroom 1441 on Tuesday, August 12, 2008 at 9:30 a.m., or as soon thereafter as can be heard for presentment of this motion.

This the 5th day of August, 2008.

 /s/ Paul R. Borth
Donald J. Nolan
Paul R. Borth
Jennifer L. Parker
NOLAN LAW GROUP
20 North Clark Street, 30th Floor
Chicago, IL  60602-4109
Telephone: (312) 630-4000

*Attorneys for Plaintiff*

 /s/ Leslie M. Smith, P.C.
Leslie M. Smith, P.C., Attorney No. 6196244
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

*Attorneys for Defendants*