## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| ANGELA LAWSON GREEAR, as Special Administrator of the Estate of THOMAS TROY LAWSON, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:08-cv-4128 |
| v. | ) ) | |
| BAXTER INTERNATIONAL INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation, | ) ) ) ) ) | Judge Elaine E. Bucklo |
| Defendants. | ) ) | |

### NOTICE OF MOTION

Defendants Baxter International Inc. and Baxter Healthcare Corporation hereby give notice of their Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation.  Defendants shall appear before Judge Elaine Bucklo in Courtroom 1441 on Monday, August 18 at 9:30 a.m., or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 6th day of August, 2008.

Respectfully submitted,

            /s/  Leslie M. Smith, P.C.
Leslie M. Smith, P.C., Attorney No. 6196244
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200