# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA L. GREEAR, individually and as Administrator of the Estate of THOMAS TROY LAWSON, deceased,<br><br>      Plaintiff,<br><br>  -vs-<br><br>BAXTER INTERNATIONAL, INC., a corporation, and BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>      Defendants. | Case No. 08-cv- 4128<br><br>Judge Elaine E. Buklo |

## NOTICE OF MOTION

To: Leslie M. Smith
   Kirkland & Ellis LLP
   200 East Randolph Drive
   Suite 6100
   Chicago, Illinois 60611

  On **Tuesday, September 2, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Buklo, in Room 1441, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Agreed Motion for Order of Remand, which has previously been filed.

                NOLAN LAW GROUP

              By: *s/ Paul R. Borth*
                 One of Attorneys for Plaintiff

(#36211)
NOLAN LAW GROUP
20 N. Clark, 30th Floor
Chicago, IL 60602
(312) 630-4000

## CERTIFICATE OF SERVICE

  I certify that on August 26, 2008, the foregoing Notice of Motion and Agreed Motion for Order of Remand were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                *s/ Julie A. Oloroso*
                Julie A. Oloroso