# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4128 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Greear vs. Baxter, et al. | | |

**DOCKET ENTRY TEXT**

Parties' agreed motion to remand this case to the Circuit Court of Cook county is granted and it is so ordered. Any pending motion in this case is terminated as moot. Status hearing set for 10/24/08 is also vacated..

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|